IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIA BARRIENTOS MOLINA, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>PERFECTION FOODS COMPANY, INC., MAXIMUM LABOR INC., HANH TRAN, and GLADYS CHAVEZ,<br><br>Defendants. | CIVIL ACTION NO. 2:16-cv-00859 |

## DECLARATION AND NOTICE OF CONSENT
## TO BECOME PARTY PLAINTIFF

I, Teresa Duque, hereby consent, pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), to participate in the above-captioned FLSA action as a Party Plaintiff. I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA) and I understand that I will be bound by the judgment of the Court on all issues in this case. I also declare, subject to penalty of perjury, that the following information is true and correct to the best of my personal knowledge, information, and belief:

1. From approximately August 2011 until approximately December 2014, I was/have been employed by Defendant Perfection Foods, Inc. and/or Maximum Labor and paid on an hourly basis.

2. I estimate that during the week I worked approximately 6 days. I worked 12 hours per day Monday through Friday and 7.5 hours on Saturday.

3. I was promised $6.50 per hour. I estimate I was paid $300 or $310 cash for a typical 67.5 hours work week.

I DECLARE, SUBJECT TO PENALTY OF PERJURY, THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY PERSONAL KNOWLEDGE, INFORMATION, AND BELIEF.

8-2-2016
Date

Teresa Duque.
Signature

Teresa Duque
Name (Please Print Clearly)

_____
Street Address

Philadelphia PA 19124
City, State, Zip Code

_____
Phone

_____
Email Address

TO PARTICIPATE IN THE LAWSUIT, THIS FORM MUST BE MAILED TO:

Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025