IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SILVIA BARRIENTOS MOLINA, on behalf of herself and all others similarly situated<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERFECTION FOODS COMPANY, INC., MAXIMUM LABOR INC., HANH TRAN, and GLADYS CHAVEZ,<br><br>　　　　　Defendants. | 2:16-cv-00859<br><br>FILED<br>OCT 23 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

**AND NOW**, this 23 day of October, 2017, based upon the representations of counsel during the May 10, 2017 settlement conference (Doc. 57) and consideration of the material terms of the agreed-upon settlement of this action, and having concluded, pursuant to 29 U.S.C. § 216(b), that the agreed-upon settlement of this action represents a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.*, it is hereby **ORDERED** that the settlement of this action is **APPROVED** and that this action is **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction over this action for the purpose of enabling any of the settling parties to apply to this Court for such further orders and directions as may be necessary and appropriate for the construction, modification, or enforcement of the settlement agreement.

BY THE COURT:

_____
JACOB P. HART, MJ